SECRET

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2026 JUN 10 P 12: 59

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1: 26-cr- 00071-SDN |
| DEBORAH OLDIS | |

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: June 10, 2026

Andrew B. Benson
United States Attorney

/s/ Alisa Ross
Assistant U.S. Attorney

6/10/26
granted