## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2026 JUN 10 P 12: 59

UNITED STATES OF AMERICA

v.

DEBORAH OLDIS

No. 1:26-cr- 00071-SDN

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Social Security Benefit Fraud – Concealment)

Between about October 2018 and April 2022, in the District of Maine, the Defendant,

## DEBORAH OLDIS

in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of events affecting the initial or continued right to receive Supplemental Security Income ("SSI") benefits payments, concealed and failed to disclose such events with the intent to fraudulently secure payment in a greater amount or quantity than was due or when no payment was authorized. Specifically, the Defendant intentionally concealed her ownership of assets, including bonds and stocks that she held. The Defendant also intentionally concealed a personal bank account. These resources, if disclosed, would have rendered her ineligible to receive SSI benefits or reduced the benefits she was due.

Thus, the Defendant violated Title 42, United States Code, Section 1383a(a)(3).

1

_____

Assistant U.S. Attorney
Date: 6/10/26

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

2